# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1990
_____

LAKELAND FAST FOOD
SERVICES/RETAILFIRST
INSURANCE COMPANY/SUMMIT,

    Appellants,

    v.

YOLANDA DIAZ,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
William R. Holley, Judge.

Date of Accident: November 26, 1999.

October 1, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellants.

Nicolette Emerald Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellee.